UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEIONTAE BAILEY,

    Plaintiff,

v.                                Case No. 5:14cv318/RS/CJK

FELICIA NOBLES, WARDEN;
EDWARDS, HEAD OF CLASSIFICATION;
TERRY, COLONEL; and
LOLLY, ASSISTANT WARDEN,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On November 17, 2014, the court entered an order (doc. 4) advising plaintiff that his motion to proceed *in forma pauperis* was inadequate and directing him to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis* within thirty days of the court's order. The court advised plaintiff that failure to comply with its order, as instructed, would result in a recommendation that the case be dismissed for failure to comply with an order of the court. After more than thirty days passed and plaintiff failed to comply with the court's order, the court entered another order (doc. 5) directing plaintiff to show cause within fourteen days why the case should not be dismissed for failure to comply with an order of the court. More than fourteen days have passed and plaintiff has not responded to the court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 23rd day of January, 2015.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**