IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEIONTAE BAILEY,**

    **Plaintiff,**

v.   CASE NO. 5:14-cv-318-RS-CJK

**FELICIA NOBLES, WARDEN;**
**EDWARDS, HEAD OF CLASSIFICATION;**
**TERRY, COLONEL; and**
**LOLLY, ASSISTANT WARDEN,**

    **Defendants.**
_____/

## ORDER

Before me is the January 23, 2015, Magistrate Judge's Report and Recommendation (Doc. 6). To date, no objections to the Magistrate Judge's Report and Recommendation have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 6) is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with an order of the court.

3. The Clerk is directed to close this case.

**ORDERED** on February 23, 2015.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**